**Order entered February 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00795-CV

## IN RE THE COMMITMENT OF WILLIARD JOEL ROBINSON

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. CV-2070008**

### ORDER

Before the Court is the State's February 8, 2022 first unopposed motion for extension of time to file its brief. The brief, however, has since been timely filed. Accordingly, we **DENY** the motion as moot.

/s/    KEN MOLBERG
        JUSTICE